Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  23−10568−SLM
                              Chapter:  7
                              Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adelino Silva Ferreira
   aka Adelino Dasilva, aka Adelino Dasilva
   Ferreira
   81 Chestnut Street
   Livingston, NJ 07039

Social Security No.:
   xxx−xx−9524

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jeffrey Thomas Testa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: May 18, 2023                      Stacey L. Meisel
                                            Judge, United States Bankruptcy Court